# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LLOYD PETERSON<br><br>               Plaintiff,<br><br>   v.<br><br>AETNA LIFE INSURANCE COMPANY<br><br>               Defendant. | NO. 2:16-cv-00481-RSM<br><br>DEFENDANT AETNA LIFE INSURANCE COMPANY'S UNOPPOSED MOTION TO MODIFY CASE SCHEDULING ORDER |

Pursuant to Federal Rule of Civil Procedure 26(f), Defendant Aetna Life Insurance Company ("Aetna") files this unopposed motion to modify the existing case scheduling order (Dkt. No. 24). Plaintiff Lloyd Peterson supports and does not oppose Aetna's request as follows:

| | **Current Date** | **Proposed Date** |
|---|---|---|
| Cross motions for summary judgment due | June 30, 2017 | **July 28, 2017** |
| Simultaneous responses to motions due | July 28, 2017 | **August 25, 2017** |
| Simultaneous replies, if any, due | August 4, 2017 | **September 1, 2017** |
| Noting date for the parties cross-motions | August 4, 2017 | **September 1, 2017** |

UNOPPOSED MOTION AND ORDER TO MODIFY CASE SCHEDULING ORDER
2:16-CV-00481 - PAGE 1

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Aetna makes this request because the Parties are engaged in settlement negotiations, and believe that they will be able to resolve his matter without briefing, but require additional time to reach an agreement. Aetna requests, and Peterson does not oppose, a modified case schedule as outlined above to permit additional time for settlement, and to prevent unnecessary briefing.

RESPECTFULLY SUBMITTED this 27th day of June, 2017.

| MARC WHITEHEAD & ASSOCIATES, LLP | GORDON & REES LLP |
|---|---|
| By:*/s/Marc Whitehead* <br> Marc Whitehead <br> Marc Whitehead & Associates, LLP <br> 5300 Memorial Drive, Suite 725 <br> Houston, TX  77007 <br> (713) 228-8888 <br> marc@marcwhitehead.com | By: */s/Sarah N. Turner* <br><br> By:  */s/Brittany F. Stevens* <br> Sarah N. Turner <br> Brittany F. Stevens <br> Attorneys for Defendant AETNA LIFE INSURANCE COMPANY <br> 701 5th Avenue, Suite 2100 <br> Seattle, WA 98104 <br> Phone: (206) 695-5100 <br> sturner@gordonrees.com <br> bstevens@gordonrees.com |

UNOPPOSED MOTION AND ORDER TO MODIFY CASE SCHEDULING ORDER
2:16-CV-00481  - PAGE 2

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER REGARDING AETNA'S MOTION TO MODIFY CASE SCHEDULING ORDER

THIS MATTER came before the undersigned judge of the above-entitled Court on June 26, 2017, regarding Defendant's Unopposed Motion to Modify Case Scheduling Order. Being familiar files and records it is hereby ORDERED that the case schedule is modified as follows:

|  | **Deadline** |
|---|---|
| Cross motions for summary judgment due | July 28, 2017 |
| Simultaneous responses to motions due | August 25, 2017 |
| Simultaneous replies, if any, due | September 1, 2017 |
| Noting date for the parties cross-motions | September 1, 2017 |

DATED this 28 day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By:*/s/ Sarah N. Turner*
    Sarah N. Turner
By: */s/ Brittany F. Stevens*
    Brittany F. Stevens
    Attorneys for Defendant AETNA LIFE INSURANCE COMPANY
    Gordon & Rees LLP
    701 5th Avenue, Suite 2100
    Seattle, WA 98104
    Phone: (206) 695-5100
    Fax: (206) 689-2822
    sturner@grsm.com
    bsteverns@grsm.com

UNOPPOSED MOTION AND ORDER TO MODIFY CASE SCHEDULING ORDER
2:16-CV-00481 - PAGE 3

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822